IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MICHAEL TUTTLE; CHI PILIALOHA GUYER; JOSEPH VU and SHAZADA RAYLEEN YAP, | ) ) ) ) | CIVIL NO. 18-00218 JAO-KJM |
| Plaintiffs, | ) ) ) | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |
| vs. | ) ) | |
| FRONT STREET AFFORDABLE HOUSING PARTNERS, a domestic limited partnership; 3900 LLC, a foreign limited liability company; HAWAII HOUSING FINANCE & DEVELOPMENT CORPORATION, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on December 11, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C.

§ 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Deny:

(1) Plaintiffs' Motion to Bifurcate Attorneys' Fees and Costs Briefing Schedule to

Allow for Determination of the Threshold Issue of Plaintiffs' Entitlement to Fees

and Costs Pursuant to the Private Attorney General Doctrine and Request for

Expedited Ruling on Same; and (2) Motion to Determine That Plaintiffs are

Entitled to an Award of Attorneys' Fees and Costs Pursuant to the Private Attorney General Doctrine," ECF No. 233, is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:     Honolulu, Hawaiʻi, December 29, 2020.



Jill A. Otake
United States District Judge

CV 18-00218 JAO-KJM; *Tuttle, et al. v. Front Street Affordable Housing Partners, et al.*; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION